**Dismiss and Opinion Filed September 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00274-CV**

**IN THE INTEREST OF B.H. AND R.H., CHILDREN**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55282-2018**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated June 9, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

           /Ken Molberg//
           KEN MOLBERG
200274f.p05           JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.H. AND R.H., CHILDREN

No. 05-20-00274-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas Trial Court Cause No. 429-55282-2018.
Opinion delivered by Justice Molberg. Justices Carlyle and Browning participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 3rd day of September, 2020.